**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**COREY LATRELL WARD**                                                      **PLAINTIFF**
**ADC #144019**

**V.**                                    **NO: 5:10CV00098 BSM**

**GRANT HARRIS** *et al.*                                                **DEFENDANTS**

## ORDER

The court has received the recommended disposition submitted by Magistrate Judge

H. David Young.   No objections have been filed.   After carefully reviewing the

recommended disposition and reviewing the record *de novo,* it is concluded that the

recommended disposition should be, and hereby is, approved and adopted in all respects in

its entirety.

Accordingly, plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for

failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to

respond to the court's order.  The court certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE